UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAOUAL HAMIDEH, et al., <br> Plaintiffs, <br> v. <br> TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA <br> Defendant. | Case No.: 19cv1335-LAB (BLM) <br> **ORDER OF DISMISSAL** |

The joint motion to dismiss (Docket no. 16) is **GRANTED**, and this action is **DISMISSED WITH PREJUDICE**. The parties shall each bear their own costs and attorney's fees.

**IT IS SO ORDERED**.

Dated: January 9, 2020

_____
Honorable Larry Alan Burns
Chief United States District Judge